UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED INRAM SHALASH,<br><br>Petitioner,<br><br>v.<br><br>DAVID MARIN ET AL,<br><br>Respondent. | Case No. 5:26-cv-00020-HDV(MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** Petitioner's petition and **ORDERING** Respondent release Petitioner from custody forthwith.

Dated: February 23, 2026

_____

HONORABLE HERNAN D. VERA
United States District Judge