JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED INRAM SHALASH, | Case No. 5:26-cv-00020-HDV (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID MARIN ET AL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.

Dated: February 23, 2026

HONORABLE HERNAN D. VERA
United States District Judge